IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 23 2014

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | | |
|---|---|---|
| BRIAN HENDERSON, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-1032-A |
| | § | |
| BELLA ASSETT MANAGEMENT, ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

The court finds that, pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, plaintiffs, Brian Henderson and Erica Henderson, are entitled to have process served by the United States Marshal for the Northern District of Texas. Rochon v. Dawson, 828 F.2d 1107, 1109-10 (5th Cir. 1987). The court further finds that, in order to serve the process, the Marshal will need one form 285 and two summons forms to be filled out by plaintiffs for each defendant, Bella Assett [sic] Management, and David Lagat. The court is directing the Clerk to provide those forms to plaintiffs, who are to fill them out and return them to the clerk. The clerk will then forward the forms, along with a copy of the complaint attached to each, to the United States Marshal for the Northern District of Texas for service.

The court ORDERS that the clerk mail to plaintiffs appropriate and sufficient summons forms to facilitate service of the summons and complaint on defendants.

The court further ORDERS that: Plaintiffs shall (a) complete the forms and return them to the clerk by January 21, 2015, and (b) at the same time, provide the clerk a document providing the name and title of the person to whom the process can be delivered in order to accomplish effective service of process on Bella Assett [sic] Management, and the address or addresses at which such persons can be located by the United States Marshal for service of process. Failure of plaintiff to timely do the things described in the immediately preceding sentence in this order could result in the dismissal of this action without further notice.

The court further ORDERS that, upon receipt of the items described in the immediately preceding paragraph of this order, the clerk shall issue the proper number of summons, with a copy of the complaint attached to each, for service on defendants, and shall deliver them, along with the document described in the (b) part of the immediately preceding paragraph of this order, to the United States Marshal for the Northern District of Texas for service on defendants.

The court further ORDERS that, upon receipt of such process papers by the United States Marshal for the Northern District of Texas, the Marshal shall serve them on defendants.

SIGNED December 23, 2014.

_____
JOHN McBRYDE
United States District Judge